In the Matter of John J. McGinniss, an Attorney.— Matter referred to

the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the Public Service Commission for the First District, for the Appointment of Three Commissioners, etc. Bushwick Station, East New York Route (Route No. 59).— There was no opposition to this motion. Motion granted. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of Henry Stengel, an Attorney.— Motion granted. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.